## Vigletti Unemployment Compensation Case.

Argued November 11, 1970. *Frank A. Vigletti,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Fred Speaker,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.